W. Morris Taylor, William K. Meehan, Clayton, for appellant.

Gregory F. Herkert, James T. Barry, Jr., Clayton, for respondent.

Before CRAHAN, P.J., and CRANDALL and DOWD, JJ.

### ORDER

PER CURIAM.

Karen A. Baldridge ("Baldridge") appeals from the circuit court's judgment awarding Respondent costs and attorney's fees under Rule 90.18(b). We affirm. The judgment of

the trial court is supported by substantial evidence and is not against the weight of evidence; no error of law appears. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).

We further grant Respondent's motion for costs and attorney's fees on this appeal pursuant to Rule 90.18(c) and Rule 84.21.

**STATE of Missouri, Respondent,**

v.

**Steve RATCLIFF, Appellant.**

**Steve RATCLIFF, Appellant,**

v.

**STATE of Missouri, Respondent.**

Nos. 63570, 69392.

Missouri Court of Appeals,
Eastern District,
Division Five.

June 18, 1996.

Ellen H. Flottman, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Christine M. Blegen, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANE, C.J., AHRENS, J., and CHARLES B. BLACKMAR, Senior Judge.

### ORDER

PER CURIAM.

Defendant Steven Ratcliff appeals the judgment entered upon his conviction by a

jury of five counts of sexual assault in the first degree. § 566.040 RSMo (Supp.1990). Defendant also appeals his denial, without an evidentiary hearing, of his Rule 29.15 motion for post-conviction relief. Both of the appeals have been consolidated for review pursuant to Rule 29.15(e). We affirm both judgments.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgments of the trial court and motion court are affirmed in accordance with Rule 30.25(b).